IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NANOELECTRO RESEARCH AND
PRODUCTION CO.,
          *Petitioner*,

v.

ALPHYSICA INC.,
          *Respondent*.

No. 17-cv-11378-ADB

### PETITIONER'S MOTION FOR SUMMARY JUDGMENT, <u>CONFIRMING FOREIGN ARBITRATION AWARD</u>

Under Rule 56 of the Federal Rules of Civil Procedure, Petitioner Nanoelectro ("Nanolectro") moves for summary judgment on its claim to confirm an arbitral award for $246,000 in contractual damages plus $17,236.50 in arbitration fees. The award was issued in September 2014 by the International Court for Commercial Arbitration ("ICAC") at the Russian Federation Chamber of Commerce and Industry. Nanoelectro filed this action to confirm and enforce the award in July 2017, i.e., within three years after the award was issued, as required by 9 U.S.C. § 207. Under this statute, the Court "shall" confirm the arbitral award unless Respondent Alphysica ("Alphysica"), which has the burden of proof, shows that it has a defense to confirmation. Documents produced to Alphysica show that it cannot prove a defense to confirmation of the award.

Nanoelectro is filing with this Motion a statement of undisputed material facts, a memorandum of law, and a declaration by undersigned counsel with exhibits, including the parties' agreement and the arbitral award.

CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

Under Local Rule 7.1(a)(2), Nanoelectro's undersigned counsel certifies that he has conferred with opposing counsel and has attempted in good faith, but without success, to resolve or narrow the disputed issues.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Daniel Rothstein

                                        Co-counsel for Petitioner (pro hac vice)
                                        Law Office of Daniel J. Rothstein, P.C
                                        747 Third Avenue
                                        32nd Floor
                                        New York, NY 10017
                                        tel. 212-207-8700
                                        djr@danielrothstein.com

                                        WILLIAM W. FICK, ESQ. (BBO # 50562)
                                        FICK & MARX LLP
                                        100 Franklin Street, 7th Floor
                                        Boston, MA 02110
                                        (857) 321-8360
                                        WFICK@FICKMARX.COM

                                        November 15, 2017

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 15, 2017.

                                        _____/s/_____
                                        Daniel Rothstein
                                        Co-counsel for Petitioner (pro hac vice)

                                        November 15, 2017