IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANOELECTRO RESEARCH AND PRODUCTION CO.,<br><br>                    Petitioner,<br><br>   v.<br><br>ALPHYSICA INC.,<br><br>                    Respondent. | No. 17-cv-11378-ADB<br><br>PETITIONER'S STATEMENT OF<br><br>UNDISPUTED MATERIAL FACTS |

The following undisputed facts support the motion by Petitioner Nanoelectric for summary judgment on its claim to confirm a foreign arbitral award:

Facts necessary for confirmation of the award

1. The parties executed an Agreement for services and provided for arbitration of disputes in Moscow.  (DR Declaration, Exhibit 1)

2. On September 22, 2014, the International Commercial Arbitration Court ('ICAC') at the Chamber of Commerce and Industry of the Russian Federation issued an award, which requires Respondent Alphysica to pay Nanoelectro $246,000 in contractual damages, plus $17,236.50 in fees paid by Nanoelectro.  (Exhibit 2)

Facts refuting Alphysica's affirmative defenses against confirmation of the arbitral award

3. On March 28, 2014, ICAC sent Alphysica notice of the arbitration, enclosing Nanoelectro's statement of claim, and DHL promptly made the delivery.  (Decl. ¶ 4.a)

4. On May 20, 2014, Alphysica appointed Anna Burdina and Anastasia Malyshevskaya to represent it in the arbitration.  (Decl. ¶ 4.c)

5. Also on May 20, 2014, ICAC notified Alphysica that the case would be heard on July 8, 2014, and DHL promptly delivered the notice.  (Decl. ¶ 4.d)

6. Ms. Burdina and Ms. Malyshevskaya submitted objections to the claim and represented Alphysica at the hearing.  (Ex. 2; Decl. ¶ 4.e, f)

7. On September 22, 2014, ICAC sent the arbitral award to Alphysica, and DHL promptly made the delivery.  (Decl. ¶ 4.g)

8. On October 17, 2014, Ms. Burdina and Ms. Malyshevskaya were appointed to represent Alphysica's Russian affiliate in the Russian state courts.  (Decl. ¶ 4.h)

9. On November 15, 2016 Nanoelectro sent the arbitral award by DHL to Alphysica directly, care of its agent for service of process, and the Secretary of the Commonwealth, and DHL promptly made the deliveries.  (Decl. ¶ 4.i)

10. All of the deliveries to Alphysica were at the address that it provided in the parties' Agreement.  (Ex. 2)

11. Alphysica was still at the same address on March 1, 2017.  (4.k)

12. The ICAC Arbitration Rules state:

- Documents in a case shall be sent to either of the parties "at the addresses given by the party." (Decl. ¶ 4.j, Rules, section 16.1)

- Statements of claim, notices of hearings, and arbitral awards shall be sent by registered mail with return receipt requested, "or otherwise provided that a record is made of the attempt to deliver the mail." (Id., section 16.3)

                              Respectfully submitted,
                              _____/s/_____
                              Daniel Rothstein
                              Co-counsel for Petitioner (pro hac vice)
                              Law Office of Daniel J. Rothstein, P.C
                              747 Third Avenue

32nd Floor  
New York, NY 10017  
tel. 212-207-8700  
djr@danielrothstein.com

WILLIAM W. FICK, ESQ. (BBO # 650562)  
FICK & MARX LLP  
100 Franklin Street, 7th Floor  
Boston, MA 02110  
(857) 321-8360  
WFICK@FICKMARX.COM

November 15, 2017

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 15, 2017.

_____/s/\_\_\_\_\_  
Daniel Rothstein  
Co-counsel for Petitioner (pro hac vice)

November 15, 2017