IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANOELECTRO RESEARCH AND PRODUCTION CO., <br><br> Petitioner, <br><br> v. <br><br> ALPHYSICA INC., <br><br> Respondent. | No. 17-cv-11378-ADB <br><br> DECLARATION IN SUPPORT OF <br><br> MOTION FOR SUMMARY JUDGMENT |

Petitioner's undersigned counsel declares as follows under penalty of perjury:

1. Since 1986, I have been admitted to practice law in New York and have remained in good standing.

2. I am admitted pro hac vice in this action as co-counsel to Petitioner Nanoelectro.

3. I submit this affirmation and the following exhibits in support of the motion by Nanoelectro for summary judgment on its claim to confirm a foreign arbitral award:

    Exhibit 1: Agreement for services (in English and Russian)

    Exhibit 2: Award in English translation

    Exhibit 3: Award in original Russian

    Exhibit 4: Certification by Nanoelectro's in-house attorney.

4. I have produced the following additional documents to Respondent Alphysica:

    a. Letter, March 28, 2014, from International Court of Commercial Arbitration (ICAC), Russian Federation Chamber of Commerce and Industry, informing Alphysica of the case; proof of delivery

    b. Nanoelectro statement of claim

    c. Power of attorney, May 20, 2014, by Leo Ryzhenko, a director of Alphysica

    d. ICAC letter, May 20, 2014, notifying Alphysica of the date of the hearing; proof of delivery

    e. Alphysica objections to the claim

    f. ICAC record of the hearing

    g. ICAC letter, September 22, 2014, transmitting the arbitral award to Alphysica; proof of delivery

    h. Power of attorney, October 17, 2014, by I. Gornikel, general director of Alphysica affiliate in Russia

    i. Nanoelectro letter, November 14, 2016, transmitting the arbitral award; proofs of delivery to Alphysica directly and care of its agent for service of process and the Commonwealth Secretary

    j. ICAC Rules of Arbitration, from https://mkas.tpprf.ru/en/documents/

    k. Alphysica annual report, filed March 1, 2016, from http://corp.sec.state.ma.us/corpweb/CorpSearch/CorpSearch.aspx

    l. Nanoelectro Russian state registration, from https://egrul.nalog.ru/

5. I obtained the exhibits and other documents listed above from the internet sites noted and from Nanoelectro's in-house lawyer, Kristina Dochiya, who represented Nanoelectro in the arbitration.

6. Some of the documents referred to above are in Russian. I represent that I have accurately translated or paraphrased Russian text from them in these motion papers.

7. I declare under penalty of perjury that the foregoing is true and correct.

                                              Respectfully submitted,

                                                _____/s/_____

>Daniel Rothstein
>Co-counsel for Petitioner (pro hac vice)
>Law Office of Daniel J. Rothstein, P.C
>747 Third Avenue
>32nd Floor
>New York, NY 10017
>tel. 212-207-8700
>djr@danielrothstein.com

November 15, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 15, 2017.

>_____/s/\_\_\_\_\_
>Daniel Rothstein
>Co-counsel for Petitioner (pro hac vice)

November 15, 2017